# United States District Court
## For The Western District of North Carolina
## Asheville Division

SHERRY E. LEWIS,

      Plaintiff,

                                JUDGMENT  REGARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 IN A CIVIL CASE

vs.                                   1:10cv001

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

DECISION BY COURT.  This action having come before the Court by the Plaintiff's Petition for Attorney's Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412 [Doc. 19].  And a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment regarding Attorney's Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412 is hereby entered in accordance with the Court's 1/10/2012 Memorandum of Decision and Order.

Signed: January 10, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court